Dr. Calvert subsequently testified that "*if* there was going to be any trauma to [J. M.]" from testifying in the presence of Marx, the risk of such trauma would of course be lessened if she were permitted to testify via closed-circuit television. *Id.*, at 79 (emphasis added). The trial court, without any elaboration, granted the prosecution's motion to allow J. M. to testify outside of Marx's presence. A divided Court of Criminal Appeals of Texas affirmed. 987 S. W. 2d 577 (1999) (en banc).

Quite unlike the child witnesses in *Craig*, who "'wouldn't be able to communicate effectively,'" or who "'would probably stop talking and . . . would withdraw and curl up,'" 497 U. S., at 842 (quoting *Craig* v. *State*, 316 Md. 551, 568–569, 560 A. 2d 1120, 1128–1129 (1989)), the witness exempted by the court below affirmatively "want[ed] to" testify, and by all accounts was "ready for that." If the decision here is correct, the right to confrontation of allegedly abused child witnesses has not simply been, as I suggested in *Danner*, "water[ed] down," 525 U. S., at 1012; it has been washed away.

I respectfully dissent.

No. 99–645. LUCKEY ET AL. *v.* BAXTER HEALTHCARE CORP. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 99–692. DOE *v.* MARSHALL, ACTING ADMINISTRATOR OF THE DRUG ENFORCEMENT AGENCY, ET AL. C. A. 3d Cir. Motion of petitioner for protective order denied. Certiorari denied.

No. 97–5401. WOOLLEY *v.* ZIMMERMAN, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL., 522 U. S. 892;

No. 98–1810. MCGINNIS *v.* ANCHORAGE SCHOOL DISTRICT ET AL., *ante*, p. 812;

No. 98–1881. LIU ET UX. *v.* SILVERMAN, CHAPTER 7 TRUSTEE OF THE ESTATE OF LIU, ET UX., *ante*, p. 815;

No. 98–1894. BUCKLEY *v.* CALIFORNIA COASTAL COMMISSION, *ante*, p. 816;

No. 98–1924. WOJCIECHOWSKI *v.* MONTEVIDEO PARTNERSHIP ET AL., *ante*, p. 817;

No. 98–1955. WOJCIECHOWSKI v. WALT DISNEY CONCERT HALL No. 1 ET AL., *ante*, p. 819;

No. 98–1975. BUGGS ET VIR v. TISDALE ET AL., *ante*, p. 820;

No. 98–1982. LEE v. HAWAII, *ante*, p. 821;

No. 98–2031. KAHRE ET AL. v. INTERNATIONAL MONETARY FUND ET AL., *ante*, p. 823;

No. 98–2041. JEFFERSON v. UNITED STATES, *ante*, p. 824;

No. 98–2047. DITTLER v. ROBEY, *ante*, p. 824;

No. 98–2048. IN RE WALKER, *ante*, p. 808;

No. 98–7567. DAVIS v. MUROV ET AL., 525 U. S. 1182;

No. 98–8002. MARTINEZ v. TEXAS, *ante*, p. 825;

No. 98–8551. BEETS v. KAUTZKY, DIRECTOR, IOWA DEPARTMENT OF CORRECTIONS, *ante*, p. 825;

No. 98–9345. JOHNSON v. SAN BERNARDINO COUNTY ET AL., *ante*, p. 832;

No. 98–9444. CHHIM v. CITY OF HOUSTON ET AL., *ante*, p. 835;

No. 98–9492. VASQUEZ DEL ROSARIO v. RADLOFF ET AL., *ante*, p. 837;

No. 98–9585. WILLIAMS v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 841;

No. 98–9606. COE v. BELL, WARDEN, *ante*, p. 842;

No. 98–9642. BISHOP v. ROMER, GOVERNOR OF COLORADO, ET AL., *ante*, p. 844;

No. 98–9742. MORRIS v. CITY OF BUFFALO, *ante*, p. 850;

No. 98–9789. MALLETT v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 853;

No. 98–9823. SPEED v. GEORGIA, *ante*, p. 855;

No. 98–9886. WASHINGTON v. DAVIS, WARDEN, ET AL., *ante*, p. 858;

No. 98–9892. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 858;

No. 98–9920. CUPIT v. UNITED STATES, *ante*, p. 860;

No. 98–9960. CHAPPELL v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL., *ante*, p. 862;

No. 98–9972. GRIFFIN v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 863;

No. 98–10028. WARD v. UNITED STATES, *ante*, p. 866;

No. 98–10035. WINZY v. LENSING, WARDEN, *ante*, p. 867;

No. 98–10046. TAYLOR v. SECURITIES AND EXCHANGE COMMISSION ET AL., *ante*, p. 867;

1040

No. 99–60. RAINEY BROTHERS CONSTRUCTION CO., INC. *v.* MEMPHIS AND SHELBY COUNTY BOARD OF ADJUSTMENT ET AL., *ante,* p. 871;

No. 99–68. FRANK *v.* ORANGE COUNTY SOCIAL SERVICES AGENCY, *ante,* p. 871;

No. 99–103. ALLENDER *v.* UNITED STATES, *ante,* p. 873;

No. 99–132. MULLIGAN *v.* ASSOCIATES LEASING, INC., ET AL., *ante,* p. 923;

No. 99–173. ROSENTHAL *v.* UNITED STATES ET AL., *ante,* p. 876;

No. 99–176. DASS *v.* CAPLINGER ET AL., *ante,* p. 876;

No. 99–245. JACKSON *v.* TEXAS, *ante,* p. 930;

No. 99–276. TIWARI *v.* BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA ET AL., *ante,* p. 879;

No. 99–281. YOUNG *v.* MONTGOMERY CITY COUNCIL ET AL., *ante,* p. 879;

No. 99–310. PERRY *v.* UNITED STATES ET AL., *ante,* p. 932;

No. 99–316. BROADWAY *v.* SINEX ET AL., *ante,* p. 932;

No. 99–385. KING *v.* WASHINGTON ADVENTIST HOSPITAL ET AL., *ante,* p. 933;

No. 99–5039. SCHWARTZ *v.* CITY OF PITTSBURGH ET AL., *ante,* p. 882;

No. 99–5056. ALSTON *v.* BROWN ET AL., *ante,* p. 883;

No. 99–5079. THOMAS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 884;

No. 99–5137. SEARS *v.* GEORGIA, *ante,* p. 934;

No. 99–5176. YOUNG *v.* UNITED STATES, *ante,* p. 890;

No. 99–5196. FILIAGGI *v.* OHIO, *ante,* p. 923;

No. 99–5214. KING *v.* UNITED STATES, *ante,* p. 892;

No. 99–5275. MASUOKA *v.* HAWAII ET AL., *ante,* p. 895;

No. 99–5308. RICKERBY *v.* EVERETT, WARDEN, *ante,* p. 897;

No. 99–5317. WHITE *v.* ALASKA, *ante,* p. 898;

No. 99–5363. HUETTL *v.* WISCONSIN, *ante,* p. 900;

No. 99–5402. BATTLE *v.* BRUTON, WARDEN, ET AL., *ante,* p. 934;

No. 99–5404. WILLIAMS *v.* UNITED STATES, *ante,* p. 902;

No. 99–5422. MILLIS *v.* UNITED STATES, *ante,* p. 903;

No. 99–5509. ALSTON *v.* NEW YORK, *ante,* p. 908;

No. 99–5540. MCBROOM *v.* BOB-BOYD LINCOLN MERCURY, INC., *ante,* p. 934;

No. 99–5550. BYRD *v.* TEXAS, *ante,* p. 910;

No. 99–5603. WEBB *v.* WEST, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 912;

No. 99–5618. CURRO *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL., *ante*, p. 936;

No. 99–5644. WORKMAN *v.* BELL, WARDEN, *ante*, p. 913;

No. 99–5658. MORELAND *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 937;

No. 99–5678. MASON *v.* CORCORAN, WARDEN, ET AL., *ante*, p. 914;

No. 99–5782. LESLIE *v.* LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, *ante*, p. 954;

No. 99–5985. SHEMONSKY *v.* UNITED STATES, *ante*, p. 956;

No. 99–6043. ALLEN *v.* UNITED STATES, *ante*, p. 943; and

No. 99–6087. ORTIZ *v.* UNITED STATES, *ante*, p. 944. Petitions for rehearing denied.

No. 98–2038. GREENE *v.* CITY OF MONTGOMERY, *ante*, p. 824. Motion of petitioner to present issues from prior related cases denied. Petition for rehearing denied.

NOVEMBER 30, 1999

No. 99–714. IRVINE ET AL. *v.* MURAD SKIN RESEARCH LABORATORIES, INC. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.

DECEMBER 1, 1999

No. 99–5489. FIORENTINO *v.* UNITED STATES. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 99–7144 (99A434). IN RE COOKS. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.